**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 09-6117**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JAMES SIMS,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of South Carolina, at Spartanburg.  G. Ross Anderson, Jr., Senior District Judge.  (7:02-cr-00248-GRA-13)

---

Submitted:  April 16, 2009          Decided:  April 27, 2009

---

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

James Sims, Appellant Pro Se.  Elizabeth Jean Howard, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Sims appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  United States v. Sims, No. 7:02-cr-00248-GRA-13 (D.S.C. Jan. 5, 2009).[*]  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] We consider Sims' notice of appeal to have been timely filed.  See Houston v. Lack, 487 U.S. 266, 276 (1988).

2